UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | CASE NO. 1:16-cv-00671-LJO-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STAY (ECF No. 31)** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983.

    On April 24, 2017, the Court dismissed Plaintiff's first amended complaint with leave to amend. (ECF No. 22.) On May 5, 2017, Plaintiff filed a motion for extension of time to file a second amended complaint. (ECF No. 25.) On May 22, 2017, the Court granted Plaintiff's request and ordered him to file his amended complaint within thirty days. (ECF No. 28.)

    On June 8, 2017, Plaintiff filed a "Motion to Stay" (ECF No. 31) the action due to asserted inability to access legal materials and resources needed to prepare an amended complaint. However, while Plaintiff's said motion was pending, he filed a

second amended complaint on June 22, 2017, within the time allotted in the Court's May 22 Order. (ECF No. 32.)

The filing of Plaintiff's second amended complaint (ECF No. 32) demonstrates that he does not require a stay to enable it to be filed. His motion is now moot.

Accordingly, Plaintiff's motion to stay the action (ECF No. 31) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: July 2, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE