UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTWIONE BEALER, | **CASE NO. 1:16-cv-00671-LJO-MJS (PC** |
|---|---|
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS WITHIN THIRTY DAYS** |
| v. | |
| SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF Nos. 35, 42) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on a Fourth Amendment claim against Defendant Stinson. (ECF No. 35.)

Plaintiff's motion for relief from the District Judge's screening Order having been denied (ECF Nos. 39 and 42), his case is ready to proceed on the claims the Court found cognizable.

Accordingly, Plaintiff is ordered to complete and submit, within thirty days of the date of this Order, service documents as directed in the Court's previous screening order. (See ECF No. 35.) If Plaintiff fails to comply with this order, the undersigned will

recommend dismissal of the action for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated: January 9, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE